UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SARAH E. BANCK,

    Plaintiff,

  v.

SCHWEIZER TURN VEREIN HELVETIA,

    Defendant.

Case No. 12-C-626

**HEARING MINUTE SHEET**

**Hon William E. Callahan, Jr., presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** June 7, 2013

**Time Commenced:** 9:30 a.m.     **Time Concluded:** 1:00 p.m.

**Recording Time Commenced:** 12:48:36     **Recording Time Concluded:** 12:52:24

**Appearances:**    **Plaintiff:**    Janet Heins - plaintiff's attorney
                             Sarah Banck - plaintiff

                **Defendant:**    Jennifer Walther - defendant's attorney
                             Stacy Maloney - defendant's representative
                             Ray Ciocarelli - defendant's representative

**Comments:**

The mediation/settlement conference resulted in resolution of the plaintiff's claims. Accordingly, this action is being referred back to the Honorable Rudolph T. Randa for entry of an appropriate order of dismissal after the parties finalize settlement documents.